George F. Haxton et al., Appellees, v. Daniel Haxton et al., Defendants. Appeal of Clara Haxton et al., Appellants.

Gen. No. 44,297.

opinion filed January 21, 1948; released for publication February 3, 1948. Fischer, Bosgraf & Mackenzie, for appellants; Leonard Bosgraf and Kellam Foster, of counsel; Ralph F. Himmelhoch, for appellees; Joseph Winslow Baer and Ralph F. Himmelhoch, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.

First National Bank of Chicago, v. Bryn Mawr Beach Building Corporation. Appeals of First National Bank of Chicago and Edward E. Glatt and Edward V. Trainor, Appellants, v. Irene Castle Enzinger, Appellee.

Gen. Nos. 44,303, 44,304.

opinion filed January 29, 1948; released for publication February 10, 1948. Shulman, Shulman & Abrams, for appellants in case 44304; Meyer Abrams, of counsel; Miller, Gorham, Wescott & Adams, for certain appellee in case 44304; Miller, Gorham, Wescott & Adams, for appellant in case 44303; Moses, Bachrach & Kennedy, for appellee in case 44303. Opinion by JUSTICE O'CONNOR. Not to be published in full.